The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN ALEXANDER BAIRD,<br><br>Defendant. | NO. CR23-017-RAJ<br><br>**FORFEITURE BILL OF PARTICULARS** |

In the Indictment filed on February 8, 2023, the United States gave notice of its intent to seek forfeiture in this case pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), of any property constituting, or derived from, proceeds Defendant obtained directly or indirectly as a result of the offense charged in Counts 1-10 of the Indictment, including but not limited to, a sum of money in the amount of at least $10,754,970.37, reflecting the proceed the Defendant obtained as result of the wire-fraud scheme. Dkt. No. 3.

Now, pursuant to Fed. R. Crim. P. 7(f) and 32.2(a), the United States identifies the following real property for forfeiture on the same bases. Upon conviction of any of the offenses alleged in Counts 1-10, STEPHAN ALEXANDER BAIRD shall forfeit to the United States, pursuant to pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), any property constituting, or derived from, proceeds Defendant obtained

Forfeiture Bill of Particulars - 1
*United States v. Baird,* CR23-017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

directly or indirectly as a result of the offense. This property includes, but it not limited to:

1. The real property located at 10801 Northwest 43rd Street, Terrebone, Oregon 97760, situated in Deschutes County, Oregon, Map/Taxlot Number 1412000000300, Tax Account Number 127572, titled in the name of Island Family Limited Partnership, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, and legally described as follows:

In Township Fourteen (14) South, Range Twelve (12), East of the Willamette Meridian, Deschutes County, Oregon:

Section Twelve (12): The East Half of the Northeast Quarter (E1/2 NE1/4).

**Substitute Assets**. In addition, if above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or,
   e. has been commingled with other property which cannot be subdivided without difficulty,

//

//

//

Forfeiture Bill of Particulars - 2
*United States v. Baird,* CR23-017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek the forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

DATED this 17th day of February, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 s/Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-2242
Fax: 206-553-6934
Jehiel.Baer@usdoj.gov

Forfeiture Bill of Particulars - 3
*United States v. Baird,* CR23-017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, I electronically filed the foregoing Bill of Particulars with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-2242
Fax: 206-553-6934
Hannah.Williams2@usdoj.gov

Forfeiture Bill of Particulars - 4
*United States v. Baird,* CR23-017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970