| Deschutes County Official Records | **2023-03682** |
|---|---|
| M-LISPN | |
| Stn=25 JS | **02/17/2023 01:53 PM** |
| $15.00 | **$15.00** |

I, Steve Dennison, County Clerk for Deschutes County, Oregon, certify that the instrument identified herein was recorded in the Official Records.

Steve Dennison - County Clerk

JEHIEL I. BAER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

# COVER SHEET

**DOCUMENT TITLE**: *Lis Pendens*

**REFERENCE NUMBER**:

**GRANTOR**: United States of America

**GRANTEE**: Island Family Limited Partnership

**LEGAL DESCRIPTION**:
10801 Northwest 43rd Street, Terrebone, Oregon 97760, situated in Deschutes County, Oregon, Map/Taxlot Number 1412000000300, Tax Account Number 127572, titled in the name if Island Family Limited Partnership, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, and legally described as follows:

    In Township Fourteen (14) South, Range Twelve (12), East of the Willamette

    Meridian, Deschutes County, Oregon:

    Section Twelve (12): The East Half of the Northeast Quarter (E1/2 NE1/4).

**MAP/TAXLOT NUMBER**: 1412000000300

**TAX ACCOUNT NUMBER**: 127572

The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN ALEXANDER BAIRD,<br><br>Defendant. | NO. CR23-017-RAJ<br><br>**NOTICE OF LIS PENDENS**<br><br>The real property located at<br>10801 Northwest 43rd Street, Terrebone,<br>Oregon 97760, Deschutes County,<br>Map/Taxlot No. 1412000000300<br>Tax Account No. 127572.<br><br>(Titled in the name of Island Family<br>Limited Partnership) |

NOTICE IS HEREBY GIVEN that the United States has brought a criminal action in the United States District Court for the Western District of Washington (as captioned above), in which it seeks to forfeit the real property listed below pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c) for violations of 18 U.S.C. § 1343 and 18 U.S.C. § 2.

Specifically, the United States is seeking to forfeit the real property located at 10801 Northwest 43rd Street, Terrebone, Oregon 97760, situated in Deschutes County, Oregon, Map/Taxlot Number 1412000000300, Tax Account Number 127572, titled in

Notice of *Lis Pendens* (10801 Northwest 43rd Street, Terrebone, Oregon 97760) - 1
*United States v. Baird.*, CR23-017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the name of Island Family Limited Partnership, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements and legally described as follows:

> In Township Fourteen (14) South, Range Twelve (12), East of the Willamette Meridian, Deschutes County, Oregon:
>
> Section Twelve (12): The East Half of the Northeast Quarter (E1/2 NE1/4).

Further information regarding this case may be obtained from the court file in possession of the Clerk of the Court for the United States District Court for the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle, Washington, 98101; (206) 370-8400.

DATED this 17th day of February, 2023.

          Respectfully submitted,

          NICHOLAS W. BROWN
          United States Attorney

          *s/Jehiel I. Baer*
          JEHIEL I. BAER
          Assistant United States Attorney
          United States Attorney's Office
          700 Stewart Street, Suite 5220
          Seattle, WA 98101
          (206) 553-2242
          Fax: 206-553-6934
          Jehiel.Baer@usdoj.gov

Notice of *Lis Pendens* (10801 Northwest 43rd Street, Terrebone. Oregon 97760) - 2
*United States v. Baird.*, CR23-017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2023, I electronically filed the foregoing Notice of Lis Pendens with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-2242
Fax: 206-553-6934
Hannah.Williams2@usdoj.gov

Notice of *Lis Pendens* (10801 Northwest 43rd Street, Terrebone, Oregon 97760) - 3
*United States v. Baird.,* CR23-017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970