JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN A. BAIRD,<br><br>    Defendant. | No. CR23-017-RAJ<br><br>WAIVER OF SPEEDY TRIAL |

I, Stephen Baird, have been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment and the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq. I hereby knowingly, voluntarily, and with advice of counsel waive my right to a speedy trial and consent to the continuation of the date of my trial from January 24, 2024, to a date up to and including July 22, 2024. I understand that if the Court accepts this waiver, it will exclude the time from the date of the Court's order up to the new trial in calculating the speedy trial expiration date.

DATED this 6th day of October, 2023.

_____
Stephen Baird, Defendant

Presented by:

s/ Sara Brin
Assistant Federal Public Defender
Attorney for Stephen Baird

WAIVER OF SPEEDY TRIAL
(*U.S. v. Baird*, CR23-017-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100