The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN ALEXANDER BAIRD,<br><br>Defendant. | NO. CR23-017-RAJ<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

Jessica M. Ly, Special Assistant United States Attorney for the Western District of Washington, hereby appears as counsel for the United States of America in the above-referenced matter.

//

//

//

Notice of Appearance- 1
*United States v. Baird*, CR23-017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Jessica M. Ly is now co-counsel of record for this case on behalf of the United States.
2 | Undersigned counsel respectfully requests that all pleadings, court documents, and
3 | correspondence be forwarded to the below-listed SAUSA:

>Jessica M. Ly
>United States Attorney's Office
>700 Stewart Street, Suite 5220
>Seattle, Washington 98101-1271
>Phone: (206) 553-4311
>Fax Number: (206) 553-0582
>Email: Jessica.Ly@usdoj.gov

DATED this 1st day of March, 2024.

>Respectfully submitted,
>
>TESSA M. GORMAN
>United States Attorney
>
> *s/ Jessica M. Ly*
>JESSICA M. LY
>Special Assistant United States Attorney
>United States Attorney's Office
>700 Stewart Street, Suite 5220
>Seattle, Washington 98101-1271
>Phone: 206-553-4311
>Fax: 206-553-0582
>Email: Jessica.Ly@usdoj.gov

Notice of Appearance- 2
*United States v. Baird*, CR23-017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970